# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2719
L.T. Case No. 2008-CF-043691-A

_____

TIMOTHY JOSEPH O'DONNELL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Brevard County,
Samuel Bookhardt, III, Judge.

Timothy O'Donnell, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for Appellee.

May 28, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and MAKAR and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____